1  TRINETTE G. KENT (State Bar No. 222020)
2  3219 E Camelback Road, #588
   Phoenix, AZ 85018
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law, LLC
7  43 Danbury Road
8  Wilton, CT 06897
   Telephone: (203) 653-2250
9  Facsimile: (203) 653-3424

10
   Attorneys for Plaintiff,
11 Salvatore Brancaccio

12

13                    UNITED STATES DISTRICT COURT
14                    CENTRAL DISTRICT OF CALIFORNIA
15                         LOS ANGELES DIVISION

| Salvatore Brancaccio, | Case No.: 2:19-cv-04427-PSG-SS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Capital One Bank (USA) N.A., | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing Stipulation of Dismissal of this action *with prejudice* pursuant to Fed. R. Civ. P. 41(a) within 60 days.

By: */s/ Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Salvatore Brancaccio

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On March 13, 2020, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on March 13, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendant Capital One Bank (USA) N.A.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 13, 2020.

Case 2:19-cv-04427-PSG-SS   Document 14   Filed 03/13/20   Page 4 of 4   Page ID #:53

|   |   |
|---|---|
| 1 |   |
| 2 | By: __/s/   Trinette G. Kent__ |
| 3 | Trinette G. Kent, Esq.<br>Lemberg Law, LLC |
| 4 | Attorney for Plaintiff, Salvatore Brancaccio |

*(Signature block, lines 1–28 otherwise blank)*

4

2:19-cv-04427-PSG-SS                                                           NOTICE OF SETTLEMENT