E-FILED
APR 30 2020
Document# already closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVSION

Salvatore Brancaccio,

    Plaintiff,

vs.

Capital One Bank (USA) N.A.,

    Defendant.

Case No.: 2:19-cv-04427-PSG-SS

[~~PROPOSED~~] ORDER

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 4/30/2020

Hon. Philip S. Gutierrez